RECEIVED
APR 1 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN ZACHARIE | *CIVIL ACTION NO. 6:13-0024 |
| VS. | *JUDGE DOHERTY |
| BRIDGESTONE AMERICAS, INC. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that Bridgestone Americas, Inc.'s Motion to Dismiss [rec. doc. 5] is **GRANTED**, and accordingly, plaintiff's state law claims against Bridgestone Americas, Inc. are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _11_ day of _April_, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE